IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 21 A 10: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Allen O'Brian Gardner 246647 )
Full name and prison number )
of plaintiff(s) )
 )   CIVIL ACTION NO. 2:07 CV 250-MHT
v. )   (To be supplied by Clerk of
 )    U.S. District Court)
Captain Horace Burton )
 )
LT. Janet Hicks )
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Frank Lee youth Center
    5375 Ingram Rd.
    PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Frank Lee youth Center
    5375 Ingram Rd.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Horace Burton | |
| 2. Janet Hicks | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
   _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The captain through a Black inmates Disapliancy out for U.S. currency and then would not throw mine out and I think that is Discrimation

2

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

all I want is for everyone To be Treated The Same, and To get some people here That can Run a camp

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

_____
Signature of plaintiff(s)

4

Allen Gosner AIS 246647
RMC PO Box 220410
Deatsville, Al 36022
Dorm A-11A

United States District Court
Middle District of Alabama
Office of The Clerk
P.O. Box 711
Montgomery, Al 36101-0711

