IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

2007 MAR 21 A 10: 09

RECEIVED

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Allen Gardner )
_____ )
_____ )    2:07cv250-MHT
_____ )
Plaintiff(s) )
)
v. )
)
Caption Horace Burton )
LT Janet Hicks )
_____ )
Defendant(s) )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) __Allen Gardner__ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Allen Gardner__
Plaintiff(s) signature