IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN O'BRIAN GARDNER, #246647, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07cv250-MHT |
| ) | |
| CAPTAIN HORACE BURTON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 11, 2007 (doc. no. 5), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for plaintiff's failure to comply with the orders of this court and to prosecute this action.

It is further ORDERED that the application to proceed in forma pauperis (doc. no. 2) is denied.

DONE, this the 31st day of May, 2007.

                                           /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE